IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOSEPH DRAEGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 3:20-cv-37 |
| | ) |
| RASHALL M. BRACKNEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JOSEPH PLATANIA'S MOTION TO DISMISS

Defendant Joseph D. Platania, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), moves to dismiss Plaintiff Joseph Draego's Complaint for the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully submitted,

*/s/*  _____
A. Anne Lloyd (VSB No. 79105)
Assistant Attorney General
Blaire Hawkins O'Brien (VSB No. 83961)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-5315
Telephone:  (804) 371-0977
Facsimile:   (804) 371-2087
Email: alloyd@oag.state.va.us
Email: bo'brien@oag.state.va.us

*Counsel for Defendant Joseph D. Platania*

Mark R. Herring
Attorney General of Virginia

Victoria N. Pearson
Samuel T. Towell
Deputy Attorneys General

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2020, copies of the foregoing were served on the *pro se* party of record, via UPS, postage prepaid, at the address listed below, and were sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

> Joseph Draego
> 730 Montei Drive
> Earlysville, VA 22936

Respectfully submitted,

/s/ _____
A. Anne Lloyd (VSB No. 79105)
Assistant Attorney General
Blaire Hawkins O'Brien (VSB No. 83961)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-5315
Telephone:  (804) 371-0977
Facsimile:   (804) 371-2087
Email: alloyd@oag.state.va.us
Email: bo'brien@oag.state.va.us

*Counsel for Defendant Joseph D. Platania*