IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JOSEPH DRAEGO,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RASHALL M. BRACKNEY,** *et al.*, )<br>)<br>**Defendants.** ) | Civil Action No.: 3:20-cv-37 |

**[PROPOSED] ORDER**

Upon consideration of Defendant Joseph D. Platania's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and all papers submitted in connection therewith, the Court

FINDS that Plaintiff Joseph Draego has not established that he has standing to bring these claims before the Court, and

FURTHER FINDS that Plaintiff has not established that his claims are ripe for adjudication.  Accordingly, it is hereby

ORDERED that Defendant's Motion is GRANTED, and it is

FURTHER ORDERED that all claims against this Defendant are DISMISSED.

**IT IS SO ORDERED.**


Dated: _____                _____
                                                                                      The Hon. Glen E. Conrad
                                                                                      Senior United States District Judge