IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JOSEPH DRAEGO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 3:20-cv-37 |
| | ) |
| **RASHALL M. BRACKNEY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ROSEBORO NOTICE

Pursuant to the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the following notice advises the *pro se* plaintiff, Joseph Draego, that:

1) He is entitled to file a legal response opposing Defendant Joseph Platania's Motion to Dismiss. Therein, he must identify all facts stated by the Defendant with which he disagrees. Any such response must be filed within fourteen (14) days of the date on which this motion was filed; and

2) The Court could dismiss this action on the basis of the Defendant's moving papers if plaintiff does not file a response.

Respectfully submitted,

/s/ _____
A. Anne Lloyd (VSB No. 79105)
Assistant Attorney General
Blaire Hawkins O'Brien (VSB No. 83961)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-5315
Telephone:  (804) 371-0977
Facsimile:   (804) 371-2087
Email: alloyd@oag.state.va.us
Email: bo'brien@oag.state.va.us

*Counsel for Defendant Joseph D. Platania*

Mark R. Herring
Attorney General of Virginia

Victoria N. Pearson
Samuel T. Towell
Deputy Attorneys General

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, copies of the foregoing were served on the *pro se* party of record, via UPS, postage prepaid, at the address listed below, and were sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                Joseph Draego
                730 Montei Drive
            Earlysville, VA 22936

Respectfully submitted,

/s/ _____
A. Anne Lloyd (VSB No. 79105)
Assistant Attorney General
Blaire Hawkins O'Brien (VSB No. 83961)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-5315
Telephone:  (804) 371-0977
Facsimile:   (804) 371-2087
Email: alloyd@oag.state.va.us
Email: bo'brien@oag.state.va.us

*Counsel for Defendant Joseph D. Platania*