**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **JOSEPH DRAEGO,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )     Civil Action No.: 3:20-cv-37 |
| | ) |
| **RASHALL M. BRACKNEY,** *et al.*, | ) |
| | ) |
|       **Defendants.** | ) |

## NOTICE OF INTENT TO SUBMIT MOTION FOR CONSIDERATION

Defendant Joseph D. Platania respectfully notifies the Court that he does not intend to reply to the Plaintiff's submission (ECF No. 17) in response to the Defendant's Motion to Dismiss (ECF No. 9). Furthermore, pursuant to Local Rule 11(b), Defendant notifies the Court that all Defendants agree to the submission of the motion, and all papers filed in connection therewith, without a hearing. Defendant acknowledges that Plaintiff has expressed a desire for a hearing before the Court, but Defendant does not believe a hearing is necessary to aid the Court in deciding the legal issues presented in the briefs. Should the Court decide to hold a hearing on the motion, Defendant stands ready to appear.

                    Respectfully submitted,

                    /s/                              .
                    A. Anne Lloyd (VSB No. 79105)
                    Assistant Attorney General
                    Blaire Hawkins O'Brien (VSB No. 83961)
                    Assistant Attorney General
                    Office of the Attorney General
                    202 North 9th Street
                    Richmond, Virginia 23219
                    Telephone:  (804) 786-5315
                    Telephone:  (804) 371-0977
                    Facsimile:   (804) 371-2087
                    Email: alloyd@oag.state.va.us
                    Email: bo'brien@oag.state.va.us

                    *Counsel for Defendant Joseph D. Platania*

Mark R. Herring
Attorney General of Virginia

Victoria N. Pearson
Samuel T. Towell
Deputy Attorneys General

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, copies of the foregoing were served on the *pro se* party of record, via UPS, at the address listed below, and were sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        Joseph Draego
        730 Montei Drive
        Earlysville, VA 22936

        Respectfully submitted,

        */s/*_____.
        A. Anne Lloyd (VSB No. 79105)
        Assistant Attorney General
        Blaire Hawkins O'Brien (VSB No. 83961)
        Assistant Attorney General
        Office of the Attorney General
        202 North 9th Street
        Richmond, Virginia 23219
        Telephone: (804) 786-5315
        Telephone: (804) 371-0977
        Facsimile: (804) 371-2087
        Email: alloyd@oag.state.va.us
        Email: bo'brien@oag.state.va.us

        *Counsel for Defendant Joseph D. Platania*