**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

**JOSEPH DRAEGO,**

      **Plaintiff,**

v.                                                     Civil Action No.: 3:20-cv-37

**RaSHALL M. BRACKNEY,**
And
**JOSEPH D. PLATANIA,**

      **Defendants.**

## NOTICE OF INTENT TO SUBMIT MOTION FOR CONSIDERATION

Defendant RaShall M. Brackney respectfully notifies the Court that she does not intend to reply to Plaintiff's Statement (ECF No. 17) in response to this Defendant's Motion to Dismiss (ECF No. 12). Furthermore, pursuant to Local Rule 11(b), Defendant notifies the Court that all Defendants agree to the submission of the motion and all papers filed in connection therewith without a hearing. Defendant acknowledges that Plaintiff has expressed a desire for a hearing before the Court, but Defendant does not believe a hearing is necessary to aid the Court in deciding the legal issues presented in the briefs. Should the Court decide to hold a hearing on the motion, Defendant stands ready to appear.

                                                           **RaSHALL M. BRACKNEY,**

                                      By:             /s/
                                                                Of Counsel

John A. Conrad (VSB No. 17640)
*Counsel for RaShall M. Brackney*
The Conrad Firm
1520 W. Main Street, Suite 204
Richmond, Virginia 23220
(804) 359-6062 (phone)
(804) 359-6064 (fax)
jconrad@theconradfirm.com

John C. Blair, II
*Counsel for RaShall M. Brackney*
Charlottesville City Attorney
605 East Main Street
Charlottesville, Va. 23220
(434) 970-3131
blairjc@charlottesville.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, who will then send notification of such filing to the following:

Blaire Hawkins O'Brien (VSB No. 83961)
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, VA  23219
mhawkins@oag.state,va.us

A. Anne Lloyd (VSB No. 79105)
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, VA  23219
alloyd@oag.state.va.us

And I have *emailed and mailed, postage prepaid*, a copy of same to the *pro se* Plaintiff, Joseph Draego as follows:

Joseph Draego
730 Montei Drive
Earlysville, VA  22935
jdraego11@hotmail.com

/s/
John A. Conrad (VSB No. 17640)
*Counsel for RaShall M. Brackney*
The Conrad Firm
1520 W. Main Street, Suite 204
Richmond, Virginia  23220
(804) 359-6062 (phone)
(804) 359-6064 (fax)
jconrad@theconradfirm.com

2