September 8, 2020

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 2 4 2020

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

To:   John Blair, John Conrad, Ann Lloyd, Blaire O'Brien

From:  Joseph Draego

Dear Madams and Sirs,

What is the real reason you will not allow this case to go forward, to be fully heard and considered in a courtroom?  Is it because you think that you cannot prevail when I offer sacred principles and you offer only a soulless and questionable definition of jurisprudence?

Martin Scorsese's daughter said she believed the Constitution and Bill of Rights were deeply spiritual documents that advanced the cause of humanity and the rights of the individual. Former Charlottesville Chief of Police Tim Longo also refers to these as sacred laws.

My suit is an argument about such sacred principles.  And that is why you fear it.  I wanted a debate, to elucidate what is truly beneficent for our nation and the people that live here.  You offer irrelevant protocols that protect unjust power and privilege, a view of jurisprudence that disenfranchises ordinary citizens.  Why?  Because you have forgotten what it means to live and be free.

Sincerely,

Joseph Draego

Joseph Draego

Civil Action No: 3:20-cv-37

RICHMOND VA 230

10 SEP 2020 PM 4 L

FOREVER / USA

730 Montai Dr.
Earlysville VA
22936

U.S. District Court
Western District of VA.
255 W. Main St.
C'ville VA. 22902

Att: Clerk of Court Julia Dudley 505899