IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOSEPH DRAEGO, | ) |
| | ) Civil Action No. 3:20CV00037 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| RASHALL M. BRACKNEY, et al., | ) Senior United States District Judge |
| | ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendants' motions to dismiss (ECF Nos. 9 & 12) are **GRANTED**;

2. The complaint is dismissed without prejudice for lack of standing; and

3. This action shall be stricken from the court's active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

DATED: This __13th__ day of November, 2020.

_____
Senior United States District Judge